EPISCOPAL DIOCESE OF ROCHESTER et al., Respondents, v DAVID HARNISH, as Former Rector of All Saints Protestant Episcopal Church, et al., Appellants, et al., Defendants. (Appeal No. 1.) [841 NYS2d 816]—Appeal from a judgment (denominated order) of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered September 20, 2006 in an action pursuant to RPAPL article 15. The judgment, insofar as appealed from, granted in part plaintiffs' motion for summary judgment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Gorski, Centra, Lunn and Peradotto, JJ.

 EPISCOPAL DIOCESE OF ROCHESTER et al., Respondents, v DAVID HARNISH, as Former Rector of All Saints Protestant Episcopal Church, et al., Appellants, et al., Defendants. (Appeal No. 3.) [841 NYS2d 817]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered February 16, 2007. The order denied the motion of defendants for leave to renew their opposition to plaintiffs' motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Gorski, Centra, Lunn and Peradotto, JJ.